# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Shawn Antonio Wiley,

        Plaintiff(s),

vs.

USA,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-46
3:03-cr-205

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2011 Order.

Signed: February 23, 2011

Frank G. Johns, Clerk
United States District Court